FILED

JUN - 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:13-mj-0145 CKD —<br>Mag. No. 2:13-mj-0168 AC |
| Plaintiff, | AMENDED STIPULATION AND |
| v. | AND [~~PROPOSED~~] ORDER CONTINUING<br>PRELIMINARY HEARING AND<br>EXCLUDING TIME |
| ISRAEL WASHINGTON,<br>ANTHONY SANCHEZ, and<br>MYRON MEADOWS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Israel WASHINGTON, by and through his counsel Danny Brace, Esq., defendant Anthony SANCHEZ, by and through his counsel Ronald Peters, Esq., and defendant Myron MEADOWS, by and through his counsel Dan Koukol, Esq., that good cause exists to extend the preliminary hearing currently set for June 5, 2013, at 2:00 p.m. in the related cases of Mag. No. 2:13-mj-0145 CKD and Mag. No. 2:13-mj-0168 AC, to June 12, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d). Defendant Tyrone WEATHERSBY, charged in

1

1 | Mag. No. 2:13-mj-0168 AC, is currently a fugitive.

2 |     Good cause exists to extend the time for the preliminary
3 | hearing within meaning of Rule 5.1(d) because government counsel
4 | will be producing discovery on or about June 4, 2013, to counsel for
5 | each defendant and each counsel stipulates they need time to review
6 | the discovery materials and determine whether a pre-indictment
7 | resolution of the case against each defendant may be possible.  The
8 | discovery includes recordings of audio calls, photographs of
9 | controlled purchases, search warrants at four different locations,
10 | DEA Western Regional Lab test results, and extensive surveillance
11 | reports.

12 |     As a result, each of the defendants agree that a continuance of
13 | the preliminary hearing date will not prejudice either of them
14 | because a pre-indictment resolution could result in an overall
15 | sentencing exposure that is significantly reduced for each defendant
16 | or, at a minimum, provide each defendant's counsel appropriate time
17 | to understand the nature and scope of the evidence in this case in
18 | order to prepare an effective defense.

19 |     Counsel further stipulate that an exclusion of time from June
20 | 5, 2013, to June 12, 2013, is appropriate under the Speedy Trial Act
21 | because of need to continue reviewing the pre-indictment
22 | discovery and each defense counsel represents that each need
23 | substantial additional time to review the discovery.  As a result,
24 | counsel for each defendant and the government stipulate that the
25 | ends of justice are served by the Court excluding such time and
26 | outweigh each defendant's interest in a speedy trial, as well as the
27 | public's interest in a speedy trial, so that counsel for each
28 | defendant may have reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence under
2  18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, time should be excluded
3  from computation under the Speedy Trial under 18 U.S.C.
4  § 3161(h)(7)(A) (Local Code T4).

DATED: June 3, 2013              /s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

DATED: June 3, 2013              /s/Jason Hitt
                                 DANNY BRACE, ESQ.
                                 Counsel for defendant
                                 ISRAEL WASHINGTON
                                 Authorized to sign for
                                 Mr. Brace on 05-31-13

DATED: June 3, 2013              /s/Jason Hitt
                                 RON PETERS, ESQ.
                                 Counsel for defendant
                                 ANTHONY SANCHEZ
                                 Authorized to sign for
                                 Mr. Peters on 06-03-13

DATED: June 3, 2013              /s/Jason Hitt
                                 DAN KOUKOL, ESQ.
                                 Counsel for defendant
                                 MYRON MEADOWS
                                 Authorized to sign for
                                 Mr. Koukol on 06-03-13

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for defendants Israel WASHINGTON, Anthony SANCHEZ, and Myron MEADOWS, on June 5, 2013 to June 12, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A)(Local Code T4).

**IT IS SO ORDERED.**

DATED: 6/4/13

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE